UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: COATES, WILLIAM HUGH § | Case No. 10-28053 |
| COATES, NANCY LYNN § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 03/22/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/10/2012        By: JOSEPH R. VOILAND
                                   Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: COATES, WILLIAM HUGH | § | Case No. 10-28053 |
| COATES, NANCY LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,000.38 |
| *and approved disbursements of* | $ | 125.00 |
| *leaving a balance on hand of* [1] | $ | 3,875.38 |
| **Balance on hand:** | $ | 3,875.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 3,875.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,000.10 | 0.00 | 1,000.10 |
| Trustee, Expenses - JOSEPH R. VOILAND | 114.26 | 0.00 | 114.26 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,114.36 |
| Remaining balance: | $ | 2,761.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,761.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,761.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,055.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,463.08 | 0.00 | 474.57 |
| 2 | American Infosource LP | 1,854.11 | 0.00 | 92.98 |
| 3 | Chase Bank USA, N.A. | 11,852.95 | 0.00 | 594.42 |
| 4 | Chase Bank, USA, NA | 21,063.05 | 0.00 | 1,056.31 |
| 5 | American Express Centurion Bank | 10,174.27 | 0.00 | 510.24 |
| 6 | Chase Bank USA, NA | 448.11 | 0.00 | 22.47 |
| 7 | GE Money Bank | 199.99 | 0.00 | 10.03 |

Total to be paid for timely general unsecured claims: $ 2,761.02
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                         Case No. 10-28053-MB
William Hugh Coates                                            Chapter 7
Nancy Lynn Coates
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: rmarola              Page 1 of 2              Date Rcvd: Feb 14, 2012
                             Form ID: pdf006            Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2012.
db/jdb       +William Hugh Coates,    Nancy Lynn Coates,    411 N. Prairie St.,    Batavia, IL 60510-2315
15750263      American Express,    P.O. Box 0001,    Los Angeles, CA  90096-8000
16898963      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17542492      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
15750264     +Bank Of America,    100 Tryon St.,    Charlotte, NC 28255-0001
15750266      Bank Of America,    P.O. Box 851001,    Dallas, TX  75285-1001
15750265     +Bank Of America,    100 N. Tryon St.,    Charlotte, NC 28202-4000
15750261      Beck Houlihan Scott PC,    534 W Roosevelt Rd,    Wheaton, IL  60187-5058
15750267      Capital One Bank(USA), NA,    P.O. Box 6492,    Carol Stream, IL  60197-6492
16797062      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16944491     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P. O. Box 740933,
              Dallas, TX 75374-0933
15750268      Chase Card Services,    P.O. Box 15153,    Wilmington, DE  19886-5153
15750269      Citi Cards,    PO BOX 688901,    Des MOines, IA  50368-8901
15750260     +Coates Nancy Lynn,    411 N Prairie,    Batavia, IL 60510-2315
15750259     +Coates William Hugh,    411 N Prairie St,    Batavia, IL 60510-2315
15750272    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court: Harris NA,     PO Box 6201,    Carol Stream, IL  60197-6201)
15750273      Home Depot Credit Services,    Processing Center,    Des Moines, IA  50364-0500
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15750262      E-mail/Text: girddb@aessuccess.org Feb 15 2012 04:47:10     American Education Services,
              1200 N. 7th St.,    Harrisburg, PA  17102-1444
16730800      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2012 04:54:01
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16722789      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2012 05:24:23     Discover Bank,
              Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
15750270     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2012 05:24:23     Discover Card,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
15750271      E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2012 04:42:53     G.E. Money Bank,    P.O. Box 960061,
              Orlando, FL  32896-0061
17145440      E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2012 04:42:53     GE Money Bank,
              c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15750274      E-mail/PDF: cr-bankruptcy@kohls.com Feb 15 2012 05:24:30     Kohl's Payment Center,
              P.O. Box 2983,    Milwaukee, WI  53201-2983
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2012**                                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: rmarola              Page 2 of 2                   Date Rcvd: Feb 14, 2012
                               Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2012 at the address(es) listed below:

        John P Houlihan    on behalf of Debtor William Coates jhoulihan@bhsatlaw.com
        Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Rachael A Stokas    on behalf of Creditor  BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ND-Two@il.cslegal.com

        TOTAL: 4