# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COATES, WILLIAM HUGH | § | Case No. 10-28053 |
| COATES, NANCY LYNN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on   . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 2 | AMERICAN INFOSOURCE LP | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 4 | CHASE BANK, USA, NA | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 7 | GE MONEY BANK | | | | | |
| 6 | CHASE BANK USA, NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-28053 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | COATES, WILLIAM HUGH | | | | Date Filed (f) or Converted (c): | 06/23/10 (f) |
| | COATES, NANCY LYNN | | | | 341(a) Meeting Date: | 07/28/10 |
| For Period Ending: | 06/10/12 | | | | Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1971 mobile home & lot, Texas | 20,000.00 | 12,331.00 | | 4,000.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. real estate - 411 N. Prairie St, Batavia, IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. cash | 75.00 | 75.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Old Second Bank checking acct # ending in 6922 | 194.12 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Old Second savings acct # ending in 0912 | 136.73 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. household goods | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. books, pictures, tapes, CD's, DVD's , stamp, coi | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Jackson National Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Fidelity IRA | 3,103.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 1996 Buick Park Avenue | 2,500.00 | 100.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 2007 Ford Focus | 7,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.40 | Unknown |

Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 10-28053 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|

Case Name:   COATES, WILLIAM HUGH            Date Filed (f) or Converted (c):   06/23/10 (f)

COATES, NANCY LYNN            341(a) Meeting Date:   07/28/10

Claims Bar Date:   04/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $218,508.85 | $16,006.00 | | $4,000.40 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/11        Current Projected Date of Final Report (TFR): 03/15/12

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-28053  -RG |
| Case Name: | COATES, WILLIAM HUGH |
| | COATES, NANCY LYNN |
| Taxpayer ID No: | *******6497 |
| For Period Ending: | 06/10/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5265  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/10 | 1 | North Community Bank | proceeds for purchase of  Texas lot and trailer | 1110-000 | 4,000.00 | | 4,000.00 |
| | | | DEPOSIT CHECK #415009 | | | | |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.05 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.08 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.11 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.14 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.17 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.20 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.23 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.26 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,975.26 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,975.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.29 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.32 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,925.32 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,925.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,900.35 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,900.38 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,875.38 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,875.40 |
| 01/25/12 | | Transfer to Acct #*******4653 | Bank Funds Transfer | 9999-000 | | 3,875.40 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 4,000.40 | 4,000.40 |

Ver: 16.05c

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28053  -RG | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | COATES, WILLIAM HUGH | Bank Name: | The Bank of New York Mellon |
| | COATES, NANCY LYNN | Account Number / CD #: | *******5265  Money Market Account |
| Taxpayer ID No: | *******6497 | | |
| For Period Ending: | 06/10/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,000.40 | 4,000.40 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 3,875.40 | |
| | | | Subtotal | | 4,000.40 | 125.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,000.40 | 125.00 | |

Page Subtotals                    0.00                    0.00

Ver: 16.05c

FORM 2                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | |
|---|---|
| Case No: | 10-28053  -RG |
| Case Name: | COATES, WILLIAM HUGH |
| | COATES, NANCY LYNN |
| Taxpayer ID No: | *******6497 |
| For Period Ending: | 06/10/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4653  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | 
| | | | | | | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5265 | Bank Funds Transfer | 9999-000 | 3,875.40 | | 3,875.40 |
| 03/21/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 1,000.10 | 2,875.30 |
| | | 1625 WING ROAD | | | | | |
| | | YORKVILLE, IL  60560 | | | | | |
| 03/21/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 114.26 | 2,761.04 |
| | | 1625 WING ROAD | | | | | |
| | | YORKVILLE, IL  60560 | | | | | |
| 03/21/12 | 001003 | Discover Bank | | 7100-000 | | 474.57 | 2,286.47 |
| | | Discover Products Inc. | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH  43054-3025 | | | | | |
| 03/21/12 | 001004 | American Infosource LP | | 7100-000 | | 92.98 | 2,193.49 |
| | | agent for Citibank, NA | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK  73124-8840 | | | | | |
| 03/21/12 | 001005 | Chase Bank USA, N.A. | | 7100-000 | | 594.42 | 1,599.07 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 03/21/12 | 001006 | Chase Bank, USA, NA | | 7100-000 | | 1,056.31 | 542.76 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 03/21/12 | 001007 | American Express Centurion Bank | | 7100-000 | | 510.24 | 32.52 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  19355-0701 | | | | | |
| * 03/21/12 | 001008 | Chase Bank USA, NA | | 7100-003 | | 22.47 | 10.05 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | PO Box 74093 | | | | | |
| | | Dallas, TX  75374 | | | | | |

Page Subtotals        3,875.40        3,865.35

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28053 -RG |
|---|---|
| Case Name: | COATES, WILLIAM HUGH |
| | COATES, NANCY LYNN |
| Taxpayer ID No: | *******6497 |
| For Period Ending: | 06/10/12 |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4653 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/12 | 001009 | GE Money Bank | | 7100-000 | | 10.05 | 0.00 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| * 04/26/12 | 001008 | Chase Bank USA, NA | VOID | 7100-003 | | -22.47 | 22.47 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | PO Box 74093 | | | | | |
| | | Dallas, TX 75374 | | | | | |
| 04/26/12 | 001010 | United States Bankruptcy Court, ND, IL | | 7100-001 | | 22.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,875.40 | 3,875.40 | 0.00 |
| Less:  Bank Transfers/CD's | 3,875.40 | 0.00 | |
| Subtotal | 0.00 | 3,875.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,875.40 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account - ********5265 | 4,000.40 | 125.00 | 0.00 |
| Checking Account - ********4653 | 0.00 | 3,875.40 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 4,000.40 | 4,000.40 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals               0.00               10.05

Ver: 16.05c